**UNITED STATES COURT OF APPEALS**
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO  80257

DAVID M. EBEL
JUDGE

(303) 844-3800
FAX: (303) 844-4541
David_M_Ebel@ca10.uscourts.gov

December 29, 2011

TO:       Greg Langham, Clerk

FROM:   Judge Ebel

RE:       Criminal Action No. 11-cr-00514-DME
          <u>U.S.A. v. Sievers</u>

    Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd