UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.    11-cr-00514-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM RAY SIEVERS,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition, [ECF No. 15], was filed in the above matter on March 1, 2012.   Accordingly the trial set for Monday, March 5, 2012 is **VACATED.**   A Change of Plea hearing and Sentencing Hearing are set for **Wednesday, April 11, 2012 at 11:00 a.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.   If the documents are not timely submitted, the hearing will be VACATED.**

      Dated:   March 1, 2012.